| PROB 22 (Rev. 2/88)* | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 00CR00047-010-TUC-RCC |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 8:07-CR-00193-T-17 TBM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ROBERT RANDALL BOSWELL | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE Raner C. Collins | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/17/2006 — TO 11/16/2011 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Marijuana, a Class A Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MD/Florida - Tampa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5-78-07
Date

Raner C. Collins
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MD/Florida - Tampa

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 12th 2007
Effective Date

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE